IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00663-CMA-KLM

SOPHIA REITZ,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 9) filed April 19, 2012, it is hereby

ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay her or its own attorney's fees and costs.

DATED:  April   19  , 2012

                BY THE COURT:

                *Christine M. Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge